UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

IN RE WORLD TRADE CENTER LOWER     :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                                    :
------------------------------------------------------------------X
WALTER OQUENDO,                             :    07-CV-4497-AKH
                                                    :

                             Plaintiff,    :

                                             :    **APPEARANCE**
    - against -                         :
                                             :

90 CHURCH STREET LIMITED              :
PARTNERSHIP, *et al.*,                   :    **ELECTRONICALLY FILED**
                                             :
                              Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                 By:    ___/s/ Judith R. Cohen___
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501
                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.