KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER              21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
WALTER OQUENDO,                                DOCKET NO:
                                               07 CV 04497

                              Plaintiff,

    -against-

100 CHURCH, LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKON-MOORING
STEAMATIC CATASTOPHE, INC., DBA BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES,
LP., BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDING INC.,
ENVIROTECH CLEAN AIR., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
TECHNOLOGY GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STRUCTURE TONE (UK), INC.,

STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP., INC., TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., LP.,
WFP TOWER B. CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO., II LP.,
WFP TOWER D HOLDING I G.P. CORP., WFP TOWER
D. CO., L.P., and ZAR REALTY MANAGEMENT
CORP., et al.

                            Defendants.
-------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

              **CUNNINGHAM DUCT WORK s/h/i/a**
             **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 28, 2008

                                        <u>Kevin G. Horbatiuk</u>
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MM7427)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **WALTER OQUENDO**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

Case 1:07-cv-04497-AKH    Document 26    Filed 04/28/2008    Page 3 of 4

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**WALTER OQUENDO**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G Horbatiuk*
**KEVIN G. HORBATIUK**