KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER              21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
WALTER OQUENDO,                                DOCKET NO:
                                               07 CV 04497

                Plaintiff,

   -against-

100 CHURCH, LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKON-MOORING                     NOTICE OF ADOPTION
STEAMATIC CATASTOPHE, INC., DBA BMS            OF ANSWER TO
CAT, BROOKFIELD FINANCIAL PROPERTIES,          MASTER COMPLAINT
INC., BROOKFIELD FINANCIAL PROPERTIES,
LP., BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDING INC.,
ENVIROTECH CLEAN AIR., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
TECHNOLOGY GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STRUCTURE TONE (UK), INC.,

STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP., INC., TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., LP.,
WFP TOWER B. CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO., II LP.,
WFP TOWER D HOLDING I G.P. CORP., WFP TOWER
D. CO., L.P., and ZAR REALTY MANAGEMENT
CORP., et al.

                    **Defendants.**
------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       April 30, 2008

                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MM7427)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**WALTER OQUENDO**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**WALTER OQUENDO**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*

**KEVIN G. HORBATIUK**